**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

WILLIAM LEE TIMBER                                                        PETITIONER

VERSUS                                            CIVIL ACTION NO.5:04cv298-DCB-JCS

CONSTANCE REESE,
WARDEN FCC-YAZOO CITY                                                     RESPONDENT

## FINAL JUDGMENT

This matter came before the Court on William Lee Timber's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [**docket entry no. 1**]. The Court dismissed the petition in a separate Order which adopted Judge James C. Sumner's Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 12th day of April, 2006.

                                              S/DAVID BRAMLETTE
                                              UNITED STATES DISTRICT JUDGE